**Order entered January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01477-CV

## IN RE STAFF CARE, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03615**

## ORDER

By letter dated November 27, 2013, counsel for relator Staff Care, Inc. notified this Court that it had received notice from the trial court setting the case for trial on February 10, 2014. Because this original proceeding remains pending in this Court, we **STAY** the February 10, 2014 trial setting. This stay shall remain in effect until further order of this Court.

/s/    ELIZABETH LANG-MIERS
        JUSTICE